IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DULCICH, INC., dba PACIFIC SEAFOOD GROUP, | 3:10-CV-1438-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| WESTCHESTER SURPLUS LINES INSURANCE CO., | |
| Defendant. | |

Based upon the filing of the Stipulated Notice of Dismissal with Prejudice (#43) dated March 27, 2012, this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 28th day of March, 2012.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL